**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-1782**

NORMA ELIZABETH XILOJ-CHAN,

Petitioner,

v.

JEFFERSON B. SESSIONS III, Attorney General,

Respondent.

On Petition for Review of an Order of the Board of Immigration Appeals.

Submitted:  October 17, 2017                    Decided:  November 3, 2017

Before WILKINSON and NIEMEYER, Circuit Judges, and Raymond A. JACKSON, United States District Judge for the Eastern District of Virginia, sitting by designation.

Petition denied by unpublished per curiam opinion.

Anita Sinha, Director, Anupama Selvam, Daniel Gestal, INTERNATIONAL HUMAN RIGHTS LAW CLINIC, Washington, D.C., for Petitioner.  Benjamin C. Mizer, Victor M. Lawrence, Senior Litigation Counsel, Lisa M. Arnold, Senior Litigation Counsel, Office of Immigration Litigation, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Norma Elizabeth Xiloj-Chan, a native and citizen of Guatemala, petitions for review of an order of the Board of Immigration Appeals dismissing her appeal from the immigration judge's decision granting her relief in withholding-only removal proceedings. Xiloj-Chan argues that the reinstated order of removal does not bar her from also applying for asylum relief. In *Mejia v. Sessions*, 866 F.3d 573, 576, 584 (4th Cir. 2017), this Court held that the reinstatement provision, 8 U.S.C. § 1231(a)(5) (2012), clearly precludes an alien subject to a reinstated order of removal from applying for asylum. Because Xiloj-Chan was subject to a reinstated order of removal, she was statutorily ineligible for asylum relief. Accordingly, we deny the petition for review. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*